# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SIDNEY MARTS,

    Petitioner,

v.                       CASE NO. 4:18cv552-RH/CJK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## ORDER DENYING THE PETITION

This petition for a writ of habeas corpus under 28 U.S.C. § 2241 is before the court on the magistrate judge's report and recommendation, ECF No. 3, and the objections, ECF No. 4. I have reviewed de novo the issues raised by the objections.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition for relief under 28 U.S.C. § 2241 is dismissed." The clerk must close the file.

SO ORDERED on December 20, 2018.

                              s/Robert L. Hinkle
                              United States District Judge art we tried